```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| United States Ex Rel.<br>Kovalev, Evgieni<br><br>    Petitioner,<br><br>    v.<br><br>John Ashcroft, as Attorney<br>General of the United States,<br>James Ziglar, Commissioner,<br>Immigration and Naturalization<br>Service; and Warden of Berks<br>County Prison<br><br>    Respondent. | CIVIL ACTION NO. 02-4562 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

```
                              _____
                              SUSAN R. BECKER
                              Assistant United States Attorney
                              615 Chestnut Street, Suite 1250
                              Philadelphia, PA 19106
                              Tel: (215)861-8310
                              Fax: (215)861-8642
```

Dated: July 15, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

        Tatiana S. Aristova, Esquire
        Law Offices of John Gallagher
        1760 Market Street, Suite 1100
        Philadelphia, PA 19103

        _____
        SUSAN R. BECKER
        Assistant United States Attorney

Dated: July 15, 2002