IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES EX REL. EVGIENI KOVALEV | : | CIVIL ACTION |
| v. | : | |
| JOHN ASHCROFT et al. | : | NO. 02-4562 |

O R D E R

AND NOW, this 15th day of July, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Lowell A. Reed, Jr. to the calendar of the Honorable Michael M. Baylson.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court