IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES EX REL. | : | CIVIL ACTION NO. 02-4562 |
| KOVALEV, EVGIENI | : | |
|    A 29776926 | : | |
|    Relator, | : | |
| | : | |
|    v. | : | |
| | : | |
| JOHN ASHCROFT, as Attorney General of | : | |
| the United States; | : | |
| JAMES W. ZIGLAR, Commissioner of the | : | |
| Immigration & Naturalization Service; | : | |
| Warden of Berks County Prison | : | |

## ORDER

          AND NOW, this 16th day of July, 2002, it is hereby

          ORDERED that Respondents file an answer to Relator's PETITION FOR WRIT OF HABEAS CORPUS by August 5, 2002.

BY THE COURT:

_____

**MICHAEL M. BAYLSON, J.**