DATE OF NOTICE:   July 22, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES EX REL. KOVALEV. EVGIENI | : : : | CIVIL ACTION NO. 02-4562 |
| v. | : : | |
| JOHN ASCROFT, as Attorney General of the United States, et al. | : : | |

## NOTICE

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held on Wednesday, July 31, 2002 at 10:00 a.m., with the Honorable Michael M. Baylson.

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. Also attached is the Court's Scheduling and Discovery Policy.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Becker (electronically & mail)
      Aristova (mail)

Attachments
O:\Pretrial conference forms for cases\Kovalev v. Ashcroft - pretrial conf. notice.wpd