## TO THE BOARD OF IMMIGRATION APPEALS

## UNITED STATES DEPARTMENT OF JUSTIVCE

| | | |
|---|---|---|
| In the matter of | : | Files: |
| KOVALEV, EUGENI | : | 29 776 926 |
| Respondent | : | |
| | : | On behalf of respondents: |
| | : | Tatiana S. Aristova, Esq. |
| | : | 1760 Market St. Suite 1100 |
| | : | Philadelphia, PA 19103 |
| | : | (215) 963-1555 |

## MOTION FOR STAY OF DEPORTATION/REMOVAL

The respondent hereby respectfully requests the Board to stay respondent's removal, as the order of removal in this case.

As respondent's removal would be a violation of respondent's due process rights removal should be stayed to avoid such due process violation.

RESPECTFULLY SUBMITTED BY:

_____
Tatiana S. Aristova, Esq.