IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES EX REL. KOVALEV,. EVGIENI | : : : | CIVIL ACTION NO. 02-4562 |
| v. | : : | |
| JOHN ASHCROFT, as Attorney General of the United States, et al. | : : | |

**<u>ORDER</u>**

AND NOW, this        day of August, 2002, after a pretrial conference with counsel in Chambers, it is hereby ORDERED as follows:

1. The parties shall exchange promptly relevant documents and the Defendants are ordered to produce all documents in their possession, custody or control which can be reasonably located, including the record of all administrative proceedings involving the Relator, no later than September 3, 2002.

2. Plaintiff shall file a Pretrial Memorandum pursuant to Local Rule 16.1(c), and serve a copy of trial exhibits on Defendants, no later than September 6, 2002. Defendants shall file a Pretrial Memorandum and serve their trial exhibits no later than September 13, 2002.

3. Plaintiff shall serve any expert reports by September 6, 2002 and Defendants shall serve their expert reports by September 13, 2002.

4. Any dispositive Motions shall be filed no later than September 10, 2002 and the response shall be due September 17, 2002.

5.      Plaintiff and Defendants shall file Proposed Findings of Fact and Conclusions of Law, with appropriate citations, by September 18, 2002.

6.      The Court will hold a hearing on Relator's Petition for Writ of Habeas Corpus on September 20, 2002 at 9:30 a.m., courtroom to be assigned.  Defendants, in cooperation with the United States Marshal's Office of this District, shall arrange for the transport and appearance of the Relator at the hearing.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

A:\Kovalev v. Ashcroft 02-4562, pretrial conf. order.wpd