IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Evgueni Kovalev : | |
| : | Civil Action No. 02-4562 |
| vs. : | |
| : | |
| John Ashcroft, as Attorney General of the : | |
| United States, and James W. Ziglar, : | |
| Commissioner of the Immigration & : | |
| Naturalization Service; Warden of Berks : | |
| County Prison | |

**O R D E R**

**AND NOW**, this 9th day of September, 2002, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Warden of Berks County Prison, 1287 County Welfare Road, Leesport, PA 19533, produce before this Court the body of **EVGUENI KOVALEV** on **September 20, 2002, at 9:30 a.m.** before the Honorable Michael Baylson to appear for a hearing on Relator's Petition for Writ of Habeas Corpus in the above-captioned matter, and that immediately upon termination of the said proceedings, he be delivered into the custody of the said superintendent of the said institution.

BY THE COURT:

_____
**Michael M. Baylson, J.**

cc: Warden (2) (via fax 610-374-4357 and mail)
    U.S. Marshal

Civ 10 (8/80)

A:\Kovalev Writ for 9-20-2002.wpd