IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVGUENI KOVALEV, | : | CIVIL ACTION NO. 02-4562 |
|     Realtor | : | |
| | : | |
|     vs. | : | |
| | : | |
| JOHN ASHCROFT, AS ATTORNEY GENERAL OF THE UNITED STATES, AND JAMES W. ZIGLAR, COMMISSIONER OF THE IMMIGRATION AND NATURALIZATION SERVICE; WARDEN OF BERKS COUNTY PRISON, | : | |
|     Defendant | : | |

**O R D E R**

AND NOW, this             day of September, 2002, it is hereby ORDERED that:

1.   The Clerk of Court shall arrange for the services of two (2) Russian interpreters for UN-style interpreting, to attend a motion hearing. The hearing is scheduled for Friday, September 20, 2002 at 9:30 a.m., Courtroom 8-A, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

2.   Both interpreters will be compensated at the rate of sixty-five dollars ($65.00) an hour, minimum of two (2) hours. Travel time is eighteen dollars ($18.00) per hour. Mileage is $.365 per mile, parking is reimbursed with a dated receipt. Cancellation can be made on or before Thursday, September 19, 2002 at 9:00 a.m. without having to compensate the interpreters.

3.   Such services shall be paid by the Clerk of Court.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.

cc: Carol Biedrzycki, Interp. Coordinator